UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DAVID A. JANNEY,                                      Case No.: 6:15-bk-10209-CCJ
                                                                                  Chapter 7

      Debtor.
_____/

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U. S. C. §329(a) and F. R. B. P. 2016(b), the undersigned certifies as follows:

1. I am an attorney with the law firm of Wolff, Hill, McFarlin & Herron, P. A. ("WHMH") and I am admitted to practice before this Court.

2. WHMH and the Debtor have an agreement where:

    a. WHMH has agreed to render legal services to the Debtor, including representation of the Debtor for all aspects of this bankruptcy case; and

    b. the Debtor has agreed to pay WHMH's regular hourly rates for actual, necessary services rendered by WHMH and to reimburse WHMH for actual, necessary expenses incurred or paid for the benefit of the Debtor.

3. Within one year before the filing of the petition in bankruptcy, WHMH was paid a total of $4,900.00 for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case.

4. The source of the compensation paid to WHMH was: the Debtor.

5. WHMH has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of WHMH.

    */s/ Peter N. Hill*
**Peter N. Hill**
Florida Bar No. 368814
**Wolff, Hill, McFarlin & Herron, P. A.**
1851 W. Colonial Dr.
Orlando, Florida 32804
Telephone: (407) 648-0058
Fax: (407) 648-0681
Primary e-mail: phill@whmh.com
Secondary e-mail: kmaples@whmh.com

Attorneys for David A. Janney