Certificate Number: 16339-FLM-DE-027000704

Bankruptcy Case Number: 15-10209

16339-FLM-DE-027000704

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 24, 2016, at 9:35 o'clock AM EST, David Janney completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: February 24, 2016

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor