UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DAVID A. JANNEY,                                Case No.: 6:15-bk-10209-CCJ

                                                                  Chapter 7

       Debtor.
_____/

**HERRON HILL LAW GROUP, PLLC'S SUPPLEMENTAL STATEMENT OF COMPENSATION PURSUANT TO 11 U.S.C. §329 AND F.R.B.P. 2016(b)**

Herron Hill Law Group, PLLC ("Herron Hill"), attorneys for the Debtor, supplements its disclosure of compensation of attorney for debtors pursuant to 11 U. S. C. §329(a), F. R. B. P. 2016(b), as follows:

1. Compensation Paid Postpetition. On the following dates, Herron Hill received payment for services rendered or to be rendered by Herron Hill in connection with this case:

| Date | Amount |
|---|---|
| May 3, 2016 | $5,000.00 |

2. Source of Compensation.

The source of the foregoing compensation is the Donna Janney.

3.       Herron Hill has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of Herron Hill.

> */s/ Peter N. Hill*
> **Peter N. Hill**
> Florida Bar No. 368814
> **Herron Hill Law Group, PLLC**
> 1851 W. Colonial Dr., Suite 100
> Orlando, Florida  32804
> Telephone:  (407) 648-0058
> Fax:          (407) 648-0681
> Primary e-mail:    peter@herronhilllaw.com
> Secondary e-mail: kimberly@herronhilllaw.com
>
> Attorneys for David A. Janney